IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | § |
|---|---|
| ALLEN KELSO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §  2:21-CV-172-Z-BR |
| | § |
| JOHN R. ARCHER INVESTMENTS, INC. | § |
| *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

On March 10, 2022, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation ("FCR') to Dismiss Defendant John R. Archer Investments, Inc. Without Prejudice (ECF No. 18). The Magistrate Judge recommends the Court dismiss the claims against Defendant John R. Archer Investments, Inc. without prejudice under Federal Rules of Civil Procedure 4(m) and 41(b). *Id.* at 3. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court **ADOPTS** the Magistrate Judge's FCR. The Court **DISMISSES** Defendant John R. Archer Investments, Inc. **WITHOUT PREJUDICE**.

**SO ORDERED**.

March 30, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE